UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| HERBERT B. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-CV-00155-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| DEPUTY STANLEY, JEFF CASSIDY, and | ) | |
| SULLIVAN COUNTY SHERIFF'S | ) | |
| OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 7]. In the Report and Recommendation, the magistrate judge recommends that Plaintiff's Amended Complaint [Doc. 6] be dismissed with prejudice in part and without prejudice in part. The parties did not file objections to the Report and Recommendation.[1] *See* Fed. R. Civ. P. 72(b).

After thorough consideration of the Report and Recommendation and the record as a whole, the Court finds that the Report and Recommendation properly analyzes the issues presented. For the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 7] is **ADOPTED**. Plaintiff's Amended Complaint [Doc. 6] as to his Sixth Amendment claim relating to his ability to confront and cross-examine witnesses at his preliminary hearing is **DISMISSED WITHOUT PREJUDICE**, and the remainder of his Amended Complaint is **DISMISSED WITH PREJUDICE**.

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge